LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | Case No. 2:13-cv-00321-JAM-EFB |
| Plaintiff, | |
| vs. | **ORDER AFTER EX PARTE APPLICATION FOR PUBLICATION OF SUMMONS** |
| AUTOZONE WEST, INC. dba AUTOZONE RITE AID #5036; MICHAEL E. JAMISON, TRUSTEE of the JAMISON LIVING TRUST DATED DECEMBER 14, 1994; PATRICIA M. JAMISON, TRUSTEE of the JAMISON LIVING TRUST DATED DECEMBER 14, 1994, | |
| Defendants. | |

Order After Ex Parte Application                    *Pickern v. AutoZone West, Inc., et al.*
for Publication of Summons                          Case No. 2:13-cv-00321-JAM-EFB

Page 1

Upon consideration of the filings and evidence of plaintiff's application and declaration for this order and the declarations of Victor W. Rzepka, and it satisfactorily appearing that defendants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994, hereinafter referred to as "defendants," cannot with reasonable diligence be served in any other manner specified in Sections 415.10 through 415.40 of the Code of Civil Procedure, and that the defendants are a necessary party to this action,

IT IS HEREBY ORDERED that the summons be served by publication in the San Jose Mercury News, a newspaper of general circulation published in Santa Clara County, California, hereby designated as the newspaper most likely to give defendants actual notice of the action, and that the publication be made once a week for four successive weeks.

IT IS FURTHER ORDERED that the deadline to serve defendants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994, is extended five weeks from the date of entry of this Order.

IT IS FURTHER ORDERED that a copy of the summons, a copy of the complaint, and a copy of this order be forthwith mailed to defendants at their last known address.

Dated: 6/27/2013

/s/ John A. Mendez
United States District Court Judge