KIMBERLY L. MAYHEW (SBN 199105)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704-2225
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: kmayhew@caswellbell.com

Attorneys for Defendant Michael E. Jamison, Trustee
of the Jamison Living Trust Dated December 14, 1994;
and Patricia M. Jamison, Trustee of the Jamison Living
Trust Dated December 14, 1994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BRENDA PICKERN, | Case No. 13-CV-00321-JAM (EFB) |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STRIKE COUNTERCLAIM AND CROSS CLAIM FOR INDEMNITY AND IMPLEADER OF AUTOZONE WEST, INC.** |
| v. | |
| AUTOZONE WEST, INC., dba AUTOZONE #5036; MICHAEL E. JAMISON, TRUSTEE OF THE JAMISON LIVING TRUST DATED DECEMBER 14, 1994; PATRICIA M. JAMISON, TRUSTEE OF THE JAMISON LIVING TRUST DATED DECEMBER 14, 1994 | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

1

STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE                        191688

The parties hereto, by and through their respective attorneys, hereby stipulate as follows:

1. The Motion To Strike Counterclaim and Cross Claim for Indemnity and Impleader of Autozone West, Inc. ("AutoZone") filed by defendants/cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994 ("Jamisons"), is scheduled for hearing on December 11, 2013.  AutoZone and the Jamisons are engaged in discussions intended to resolve certain issues between the co-defendants that will lead to settlement negotiations with plaintiff, in an attempt to settle this case in its entirety.

2. Based on the above, the hearing on the Motion To Strike Counterclaim and Cross Claim for Indemnity and Impleader of Autozone shall be continued from December 11, 2013, to February 5, 2014, at 9:30 a.m. in Department 6 of the above court.

3. The parties stipulate that there is good cause for this continuance in that it is likely to facilitate a settlement of this matter in its entirety.

4. All dates for the filing of opposition and reply briefs will be observed according to the continued hearing date, as though this matter was originally set for hearing on February 5, 2014.

5. This stipulation may be executed in multiple counterparts, or by facsimile or other method of electronic transfer including email, and each such counterpart shall be deemed an original.

IT IS SO STIPULATED.

Dated: November 22, 2103                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

               /s/ Mark F. Lovell
Mark F. Lovell,
Attorneys for Defendants/Cross-defendants
AUTOZONE WEST, INC., dba AUTOZONE #5036

1 | Dated: November 22, 2013.                                  CASWELL BELL & HILLISON LLP

3 |          /s/ Kimberly L. Mayhew
Kimberly L. Mayhew,
Attorneys for Defendants/Cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994

**ORDER**

THE FOREGOING STIPULATION IS HEREBY ACCEPTED AND IT IS SO ORDERED.

Dated: 11/25/2013

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

3

STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE                        191688