KIMBERLY L. MAYHEW (SBN 199105)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704-2225
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: kmayhew@caswellbell.com

Attorneys for Defendant Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BRENDA PICKERN, | Case No. 13-CV-00321-JAM (EFB) |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STRIKE COUNTERCLAIM AND CROSS CLAIM FOR INDEMNITY AND IMPLEADER OF AUTOZONE WEST, INC.** |
| v. | |
| AUTOZONE WEST, INC., dba AUTOZONE #5036; MICHAEL E. JAMISON, TRUSTEE OF THE JAMISON LIVING TRUST DATED DECEMBER 14, 1994; PATRICIA M. JAMISON, TRUSTEE OF THE JAMISON LIVING TRUST DATED DECEMBER 14, 1994 | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

The parties hereto, by and through their respective attorneys, hereby stipulate as follows:

1. The Motion To Strike Counterclaim and Cross Claim for Indemnity and Impleader of Autozone West, Inc. ("AutoZone") filed by defendants/cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994 ("Jamisons"), was originally scheduled for hearing on December 11, 2013. By stipulation of the parties, the motion was continued to February 5, 2014. AutoZone and the Jamisons are engaged in discussions intended to resolve certain issues between the co-defendants that will lead to settlement negotiations with plaintiff, in an attempt to settle this case in its entirety.

2. Based on the above, the hearing on the Motion To Strike Counterclaim and Cross Claim for Indemnity and Impleader of Autozone shall be continued from February 5, 2014, to April 9, 2014, at 9:30 a.m. in Department 6 of the above court.

3. The parties stipulate that there is good cause for this continuance in that it is likely to facilitate a settlement of this matter in its entirety. This is the second continuance requested by the parties.

4. All dates for the filing of opposition and reply briefs will be observed according to the continued hearing date, as though this matter was originally set for hearing on April 9, 2014.

5. This stipulation may be executed in multiple counterparts, or by facsimile or other method of electronic transfer including email, and each such counterpart shall be deemed an original.

IT IS SO STIPULATED.

Dated: January 15, 2014               OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.


                                         /s/ Mark F. Lovell
                                      Mark F. Lovell,
                                      Attorneys for Defendants/Cross-defendants
                                      AUTOZONE WEST, INC., dba AUTOZONE
                                      #5036

Dated: January 15, 2014.                    CASWELL BELL & HILLISON LLP


   /s/ Kimberly L. Mayhew
Kimberly L. Mayhew,
Attorneys for Defendants/Cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994

**ORDER**

THE FOREGOING STIPULATION IS HEREBY ACCEPTED AND IT IS SO ORDERED.

Dated: January 16, 2014

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA