Lynn Hubbard III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

Lara C. de Leon, SBN 270252
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
695 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
Autozone West, Inc. dba Autozone #5036

Kimberly L. Mayhew, SBN 199105
**CASWELL BELL & HILLISON LLP**
5200 North Palm Avenue, Suite 211
Fresno, CA  93704-2225
Telephone: (559) 225-6550
Facsimile: (559) 225-7912

Attorneys for Defendants
Michael E. Jamison, Trustee & Patricia M. Jamison, Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Brenda Pickern,

    Plaintiff,

    vs.

Autozone West, Inc., et. al.,

    Defendants.

_____

And Related Cross Action.
_____/

Case No.  2:13-cv-00321-JAM-EFB

**Joint Stipulation for Dismissal and Order Thereon**

*Pickern  v. Autozone West, Inc., et al.*      Case No. 2:13-cv-00321-JAM-EFB
Joint Stipulation for Dismissal and Order Thereon

Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff Brenda Pickern and defendants Autozone West, Inc. dba Autozone #5036 and Michael E. Jamison, Trustee of the Jamison Living Trust dated December 14, 1994 and Patricia M. Jamison, Trustee of the Jamison Living Trust dated December 14, 1994, stipulate to and jointly request that this Court enter a dismissal with prejudice of ***plaintiff's complaint only*** in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

This stipulation and proposed order will not dismiss any cross-claim filed in this action.

Dated: April 14, 2014    LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　 */s/   Lynn Hubbard                /*
　　　　　　　　　　　　　　LYNN HUBBARD III
　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 14, 2014    OGLETREE, DEAKINS, NASH, SMOAK
　　　　　　　　　　　　　　& STEWART, P.C.

　　　　　　　　　　　　　　 */s/   Lara C. de Leon              /*
　　　　　　　　　　　　　　LARA C. de LEON
　　　　　　　　　　　　　　Attorney for Defendant Autozone West, Inc.

Dated: April 14, 2014    CASWELL BELL & HILLISON LLP

　　　　　　　　　　　　　　 */s/   Kimberly L. Mayhew           /*
　　　　　　　　　　　　　　KIMBERLY L. MAYHEW
　　　　　　　　　　　　　　Attorney for Defendants Michael E. Jamison,
　　　　　　　　　　　　　　Trustee and Patricia M. Jamison, Trustee

/ / /

/ / /

/ / /

*Pickern v. Autozone West, Inc., et al.*　　　　　　　　　　　　　　　　Case No. 2:13-cv-00321-JAM-EFB
Joint Stipulation for Dismissal and Order Thereon
Page 2

# **ORDER**

IT IS HEREBY ORDERED that plaintiff's complaint *only* in the above-entitled action, Case No. 2:13-cv-00321-JAM-EFB, is hereby dismissed with prejudice. Any cross-claim filed in this action shall not be dismissed via this order, and will remain on the court's active calendar.

Dated: 4/15/2014

/s/ John A. Mendez_____
United States District Court Judge

*Pickern v. Autozone West, Inc., et al.*                                                                 Case No. 2:13-cv-00321-JAM-EFB
Joint Stipulation for Dismissal and Order Thereon

Page 3