KIMBERLY L. MAYHEW (SBN 199105)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704-2225
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: kmayhew@caswellbell.com

Attorneys for Defendant Michael E. Jamison, Trustee
of the Jamison Living Trust Dated December 14, 1994;
and Patricia M. Jamison, Trustee of the Jamison Living
Trust Dated December 14, 1994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BRENDA PICKERN, | ) |
| | ) |
| Plaintiff, | ) Case No. 13-CV-00321-JAM (EFB) |
| | ) |
| v. | ) **STIPULATION FOR DISMISSAL AND** |
| | ) **ORDER THEREON** |
| AUTOZONE WEST, INC., dba | ) |
| AUTOZONE #5036; MICHAEL E. | ) |
| JAMISON, TRUSTEE | ) |
| OF THE JAMISON LIVING TRUST | ) |
| DATED DECEMBER 14, 1994; | ) |
| PATRICIA M. JAMISON, TRUSTEE | ) |
| OF THE JAMISON LIVING | ) |
| TRUST DATED DECEMBER 14, 1994 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

_____1_____
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA 93704-2225

AND RELATED CROSS-CLAIMS )

The parties hereto, by and through their respective attorneys, hereby stipulate as follows:

1. The parties jointly stipulate and request that the Cross Claim for Indemnity and Impleader filed on August 19, 2013, by defendants/cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994 ("Jamisons"), against AutoZone West Inc., dba AutoZone #5036 (Autozone") be dismissed with prejudice.

2. The parties jointly stipulate and request that the Counterclaim and Crossclaim for Indemnity and Impleader filed on September 12, 2013, by AutoZone against Jamisons be dismissed with prejudice.

3. This stipulation for dismissal is related to the cross-claims between Jamisons and AutoZone West **only**.  The stipulation and proposed order will not dismiss any cross-claim filed in this action against cross-defendants Towne & County of Chico Partnership and/or Hignell Companies.

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA 93704-2225

2
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

Dated: June 5, 2014                     CASWELL BELL & HILLISON LLP


    /s/ Kimberly L. Mayhew
Kimberly L. Mayhew,
Attorneys for Defendants/Cross-claimants
Michael E. Jamison, Trustee of the Jamison
Living Trust Dated December 14, 1994; and
Patricia M. Jamison, Trustee of the Jamison
Living Trust Dated December 14, 1994


Dated:  June 5, 2014                    OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWARAT. P.C.

/s/ Mark F. Lovell
Mark F. Lovell,
Attorneys for Defendants/Cross-defendants
AUTOZONE WEST, INC., dba AUTOZONE
#5036

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA 93704-2225

3
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

# ORDER

The foregoing stipulation for dismissal with prejudice of the Cross Claim for Indemnity and Impleader filed on August 19, 2013, by defendants/cross-claimants Michael E. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994; and Patricia M. Jamison, Trustee of the Jamison Living Trust Dated December 14, 1994 ("Jamisons"), against AutoZone West, Inc., dba AutoZone #5036 ("AutoZone") is hereby accepted and it is so ordered.

The foregoing stipulation for dismissal with prejudice of the Counterclaim and Crossclaim for Indemnity and Impleader filed on September 12, 2013, by AutoZone against Jamisons is hereby accepted and it is so ordered.

Dated: June 5, 2014

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN DISTRICT
OF CALIFORNIA

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA 93704-2225

4
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER